District Court for the Southern District of Florida. Probable jurisdiction noted. *Karl D. Loos* and *Neil Brooks* for the Secretary of Agriculture. *M. W. Wells* for the Florida Citrus Commission et al., *John F. Donelan* for the California Citrus League et al., *Sidney Goldstein, Francis A. Mulhern, Wilbur LaRoe, Jr., Arthur L. Winn, Jr.* and *Samuel H. Moerman* for the Port of New York Authority, *Denis M. Hurley, James J. Thornton* and *G. Gary Sousa* for the City of New York, *Earl Jay Gratz* for the Philadelphia Terminals Marketing Association et al., and *Wilmer A. Hill* for the United Fresh Fruit & Vegetable Association et al., appellants in No. 481. *Edward M. Reidy* and *Leo H. Pou* for the Interstate Commerce Commission; and *Francis L. Brown, A. P. Donadio* and *J. F. Eshelman* for the Baltimore & Ohio Railroad Co. et al., appellees. Reported below: 114 F. Supp. 420.

No. 484. CITY NATIONAL BANK OF FAIRMONT *v.* FIDELITY MUTUAL LIFE INSURANCE Co. C. A. 4th Cir. Certiorari denied. *John D. Amos* and *William P. Lehman* for petitioner. *Russell L. Furbee* and *C. H. Hardesty, Jr.* for respondent.

No. 492. SULLIVAN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Harry A. Walsh* for petitioner. *Mario H. Volpe* and *Frank H. Lawton* for respondent.

No. 493. CODRAY *v.* BROWNELL, ATTORNEY GENERAL AND SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David Cobb* for petitioner. *Acting Solicitor General Stern, Assistant*